| PROB 22 (Rev. 2/88) | DOCKET NUMBER *(Tran. Court)* |
|---|---|
| **TRANSFER OF JURISDICTION** | 0650 3:11CR00083 - 18 |
| | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Rodney Mark Settles | DISTRICT Middle District of Tennessee | DIVISION NASHVILLE |
|---|---|---|
| | NAME OF SENTENCING JUDGE The Honorable William J. Haynes Jr., U.S. District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 02/12/2015    TO 02/11/2018 |

OFFENSE
Ct. 2: Obstructing an Official Proceeding; 18:1512(c)(2); Class C Felony.

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the _____Middle District of Florida_____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

12-1-17
Date

*[signature]*
U.S. District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

United States District Court for the MIDDLE DISTRICT OF FLORIDA

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____
*Effective Date*

_____
*U.S. District Judge*

Assigned Officer Initials  (JPP)